# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:15-cr-322 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RUSSELL C. BOWERS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 6, 2022[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on August 22, 2022. The defendant was found to have committed the violation alleged in violation number 1:

  1. New Law Violation

The magistrate judge filed a report and recommendation on August 23, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on October 6, 2022. Present were the following: Assistant United States Attorney Brian McDonough, Attorney Carolyn Kucharski, the defendant Russell C. Bowers and United States Probation Officer Matti Liebler.

---

[1] Supplemental Information Report was filed on August 9, 2022.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 12 months and 1 day, with credit for time served to date. The Court makes the following recommendations to the Bureau of Prisons: (1) that the defendant be placed at FCI Elkton or FCI Terre Haute; (2) that he participate in any substance abuse treatment for which he qualifies; and (3) that he receive a mental health evaluation and treatment, as appropriate.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: October 6, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**